| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Samuel Abiodun & Selena Allen-Alston | Case No.: | 18-24039 |
| | Hearing Date: | |
| | Chapter: | 7 |
| | Judge: | Altenburg |

Order Filed on August 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESOLVING ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on an Order to Show Cause Why the Case Should Not Be Dismissed For Failure to Meet The Credit Counseling Requirements;

It is hereby **ORDERED** that

__xx__  The credit counseling certificate(s) that has been filed by the debtor(s) is satisfactory.   The Court finds that the debtor(s) now have met the credit counseling requirements of the Bankruptcy Code.  The case may proceed in the normal course.

____    Other: _____

_____